UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTIAN LUGO,<br>a/k/a "Coco,"<br><br>Defendant. | **UNSEALING ORDER**<br><br>24 Cr. 606 |

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorneys Michael Herman, Andrew Jones, and Ni Qian;

It is found that the Indictment in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, and;

It is further found that the requesting AUSA has reviewed Judge Garnett's Individual Rules for matters involving the U.S. Attorney's Office, and the relevant records, and has advised that Judge Garnett is recused from this matter. and it is therefore:

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
         October 22, 2024

_____
HONORABLE GARY STEIN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK