

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 6, 2024

**BY ECF**

The Honorable Dale E. Ho
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Christian Lugo*, 24 Cr. 606 (DEH)

Dear Judge Ho:

    The Government writes to inform the Court that the Government will **not** seek the death penalty against defendant Christian Lugo in this matter.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:    _/s/ Michael R. Herman_____
    Michael R. Herman
    Assistant United States Attorney
    (212) 637-2221

cc:    Defense counsel (by ECF)